IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| IN THE MATTER OF: | | CHAPTER 7, CASE NO. 18-11661-SDB |
|---|---|---|
| Lilo N. Benzicron | | |
| | Debtor(s) | TRUSTEE'S FILE NO. |

### TRUSTEE'S REPORT OF INVENTORY AND REPORT OF ABANDONMENT OF PROPERTY

| | VALUE | CLAIMED AS EXEMPTION | ABANDONED |
|---|---|---|---|
| **Real Estate** | | | |
| **Cars, vans, trucks, tractors, SUV's, motorcycles** | | | |
| 2005 Ford F350 Diesel | 5,500.00 | 10,000.00 | |
| 2005 Toyota Prius | 750.00 | | |
| 2006 Wells Cargo Trailer | 2,500.00 | | |
| (2) 53' Great Dane trailers | 6,000.00 | | *not abandoned* |
| (2) 20' Great Dane trailers | 3,000.00 | | |
| 1932 Boat Tail Coupe – incomplete | 1,500.00 | | |
| 2005 Vintage care trailer | 4,500.00 | | |
| 1996 Fulto trailer utility | 800.00 | | |
| 2005 International truck | 3,500.00 | | |
| 2008 Volvo diesel trailer | 7,500.00 | | |
| 2005 Hummer | 12,000.00 | | |
| **Watercraft, aircraft, motor homes, ATVs/rec. vehicles** | | | |
| **Household Goods/Furnishings** | $ 3,000.00 | $ 3,000.00 | |
| **Electronics** | $ | $ | |
| **Collectibles of value** | $ 50.00 | $ 50.00 | |
| **Equipment for sports and hobbies** | 200.00 | 200.00 | |
| **Firearms** | | | |
| H&K pistol 9mm | 300.00 | 300.00 | |
| **Clothes** (Includes furs, designer wear, shoes, accessories) | $ 500.00 | $ 500.00 | |
| **Jewelry** | $ 700.00 | $ 700.00 | |
| **Non-farm animals** | | | |
| **Cash on Hand** | $ 300.00 | $ 300.00 | |
| **Deposits in banks, etc.** | | | |
| Joint checking with wife | 100.00 | 100.00 | *not abandoned* |
| Wels Fargo checking | 250.00 | 250.00 | |
| Wells Fargo savings | 150.00 | 150.00 | |
| **Stocks/Bonds** | | | |
| **Business Interests** | | | |
| Tolluca Lake Classic Motorsports LLC – has no assets | 0.00 | | |
| Edisto Classic Motor Sports LLC – has no assets | 0.00 | | |
| **Pension/Retirement** | | | |
| **Licenses, franchises, and other general intangibles** | | | |
| Beneficial interest in Benzicron Family Trust – subject to spendthrift provisions | 1.00 | | |
| ballistic panel panel patent, brake pad patent, fiber processing patent | 30,001.00 | 5,000.00 | *not abandoned* |

**Insurance Policies**

**Tax Refunds**                                           $                    $

**Accounts Receivable**

**Contingent Claims of Every Nature**

**Office Equipment**
Computers, printers, furniture                            250.00

**Machinery/Equipment**                                                                             not abandoned
Miscellaneous tools, inventory & equipment                191,500.00           6,700.00

**Inventory**

**Farm or Comm. Fishing Equip./Supplies/Farm animals**    $                    $

**Other Personal Property of Any Kind**

    NOW COMES, Joseph E. Mitchell, III, Trustee of the estate of the above-named debtor(s) and files this report of inventory and abandonment with respect to the property of the bankruptcy estate. **Chapter 5 assets not abandoned.**

Dated:     08/05/20                                  _____
                                                            Joseph E. Mitchell, III, Trustee

18-11661