# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| IN RE: ) | CHAPTER 11 |
| LILO N. BENZICRON, ) | CASE NO. 18-11661-SDB |
| Debtor. ) | |

## **NOTICE OF CHANGE OF ADDRESS**

Undeliverable Address:
Spartan Fiber
P.O. Box 879
Inman, SC 29349

Reason Undeliverable: FORWARDING ORDER HAS EXPIRED

THE UPDATED ADDRESS IS:

Spartan Fiber
2481 Clark Road
Inman, SC 29349


 /s/ James C. Overstreet, Jr.                                                                  8/12/2020
Signature of Debtor or Debtor's Attorney                                                Date