United States Bankruptcy Court

Southern District of Georgia

In re:     Case No. 18-11661-SDB
Lilo N. Benzicron     Chapter 7
      Debtor

# CERTIFICATE OF NOTICE

District/off: 113J-1     User: vwingfiel     Page 1 of 4
Date Rcvd: Mar 22, 2021     Form ID: 318     Total Noticed: 61

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 24, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Lilo N. Benzicron, 2926 Bransford Road, Augusta, GA 30909-3004 |
| aty | + | Andrew Alexander Murdison, Brennan, Wasden & Painter LLC, 801 Broad St., Suite 501, Augusta, GA 30901-1226 |
| aty | + | George B Cauthen, Nelson Mullins Riley & Scarborough, LLP, 1320 Main Street, 17th Floor, Columbia, SC 29201-3268 |
| cr | + | Barnwell County Economic Development Corporation, 367 Fuldner Road, Barnwell, SC 29812-7353 |
| cr | + | Boghos Babadjanian, c/o Armand Tinkerian, 135 S. State College Boulevard, Ste 200, Brea, CA 92821-5805 |
| cr |  | Kim Baker, 86 Chester Road, Chester, MA 01011-9735 |
| cr | + | Richard Barnes, 334 Fresh Meadows Road, Simi Valley, CA 93065-6817 |
| cr | + | Selvas, Inc., P.O. Box 9848, Savannah, GA 31412-0048 |
| 7517822 | + | AU Medical Associates, P.O. Box 96153, Oklahoma City, OK 73143-6153 |
| 7226380 | + | Barnwell County Economic, Development Authority, 367 Fuldner Road, Barnwell, SC 29812-7353 |
| 7239585 | + | Boghos Babadjanian, c/o Armand Tinkerian, Esq., 135 S. State College Boulevard, Ste 200, Brea, California 92821-5805 |
| 7226382 | + | Caine & Weiter, 12005 Ford RD, Dallas, TX 75234-7230 |
| 7226391 | + | CrossRoads SA, LLC, 2801 Washington Road, Suite 104, #304, Augusta, GA 30909-2355 |
| 7226392 | + | Doctors of Augusta, P.O. Box 203500, Austin, TX 78720-3500 |
| 7226394 |  | Gisele Beuzieron/Evelyne Teeman Trust, 36 Connifer Circle, Augusta, GA 30909 |
| 7254834 | + | Griffin E. Howell, III, P. O. Box 2271, Griffin, GA 30224-0058 |
| 7226395 | + | H. Pacheco/Lauren Pacheco, 7000 Apperson St #1, Tujunga, CA 91042-1867 |
| 7226396 | + | Health Net CA, P.O. Box 748705, Los Angeles, CA 90074-8705 |
| 7254835 | + | J. Martin Harvey, P. O. Box 705, Barnwell, SC 29812-0705 |
| 7514369 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 7226397 | + | Jacob Shalit, 8829 Shirley Ave, Northridge, CA 91324-3412 |
| 7226398 | + | Kim Baker, 86 Chester, Chester, MA 01011-9735 |
| 7525696 |  | Kim Baker, 86 Chester Road, Middlefield, MA 01243 |
| 7255871 | + | Kim Baker, c/o Lisa Wolgast, Esq., Morris, Manning & Martin, LLP, 3343 Peachtree Rd, NE, Suite 1600, Atlanta, GA 30326-1044 |
| 7226399 | + | Kim Baker, c/o Todd & Weld, LLP, One Federal Street, Boston, MA 02110-2012 |
| 7226411 | + | Klara Benzicron, 2926 Bransford Road, Augusta, GA 30909-3004 |
| 7226400 | #+ | Mourrissey Wilson & Zafiropoulos, LLP, 35 Braintree, Braintree, MA 02184-8727 |
| 7519582 |  | Peter M. Pearl, Esquire, Spilman Thomas & Battle PLLC, P. O. Box 90, Roanoke, VA 24002-0090 |
| 7290489 | + | Selvas, Inc., Hunter Maclean Exley & Dunn P.C., P.O. Box 9848, Savannah, GA 31412-0048 |
| 7226405 | + | Spartan Fiber, 2481 Clark Road, Inman, SC 29349-9724 |
| 7226406 | + | Spilman Thomas & Battle, 300 Kanawha Blvd, East, P.O. Box 273, Charleston, WV 25321-0273 |
| 7519583 |  | Spilman Thomas & Battle PLLC, c/o Peter M. Pearl, Esquire, P. O. Box 90, Roanoke, VA 24002-0090 |
| 7226408 | + | T N T Western Homes, Inc., 219 Station Ave, Ridgecrest, CA 93555-3839 |
| 7226409 | + | The Sobelshon Law Firm, 16027 Ventura Blvd, Suite 502, Encino, CA 91436-2787 |
| 7518160 | + | United States Attorney, P.O. Box 2017, Augusta GA 30903-2017 |
| 7226410 | + | Wheels Financial Group, dba Loan Mart, P. O. Box 8075, Savannah, GA 31412 |

TOTAL: 36

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJEMITCHELLIII | Mar 22 2021 22:28:00 | Joseph E. Mitchell, III, Trustee, Joseph E. Mitchell, III, P.C., P O Box 2504, Augusta, GA |

Case:18-11661-SDB   Doc#:262   Filed:03/24/21   Entered:03/25/21 00:46:50   Page:2 of 6

| District/off: 113J-1 | User: vwingfiel | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 22, 2021 | Form ID: 318 | Total Noticed: 61 |

| | | | | |
|---|---|---|---|---|
| | | | | 30903-2504 |
| 7273486 | | Email/Text: paula.tilley@nrsagency.com | Mar 22 2021 18:56:00 | AU MEDICAL ASSOCIATES, C/O NATIONWIDE RECOVERY SERVICE, PO BOX 8005, CLEVELAND, TN 37320-8005 |
| 7242749 | | EDI: BECKLEE.COM | Mar 22 2021 22:28:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 7226379 | + | EDI: AMEREXPR.COM | Mar 22 2021 22:28:00 | Amex, P. O. Box 297871, Fort Lauderdale, FL 33329-7871 |
| 7226381 | + | EDI: CITICORP.COM | Mar 22 2021 22:28:00 | Bloomlndales, 9111 Duke Blvd, Mason, OH 45040-8999 |
| 7226407 | | EDI: CALTAXFEE | Mar 22 2021 22:28:00 | State Board of Equalization, P.O. Box 942879, Sacramento, CA 94279 |
| 7256377 | | EDI: CALTAXFEE | Mar 22 2021 22:28:00 | California Department of Tax and Fee, Administration, P. O. Box 942879, Sacramento, CA 94279-0055 |
| 7226387 | + | EDI: CITICORP.COM | Mar 22 2021 22:28:00 | Citi Cards, P.O. Box 6241, Sioux Falls, SD 57117-6241 |
| 7226388 | + | Email/Text: bankruptcy@credencerm.com | Mar 22 2021 19:00:00 | Credence, 17000 Dallas Parkway #204, Dallas, TX 75248-1940 |
| 7226389 | + | EDI: CCS.COM | Mar 22 2021 22:28:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 7226390 | + | Email/PDF: creditonebknotifications@resurgent.com | Mar 22 2021 20:01:21 | Credit One Bank, P.O. Box 98875, Las Vegas, NV 89193-8875 |
| 7510256 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2021 20:01:37 | Doctors Hospital Of Augusta, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 7226393 | + | Email/Text: bknotice@ercbpo.com | Mar 22 2021 18:59:00 | Enhanced Recovery Collection, 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 7236740 | + | EDI: IRS.COM | Mar 22 2021 22:28:00 | INTERNAL REVENUE SERVICE, P O BOX 7346, 2970 MARKET STREET, PHILADELPHIA, PA. 19104-5002 |
| 7226383 | | EDI: JPMORGANCHASE | Mar 22 2021 22:28:00 | Chase Explorer, P.O. Box 15298, Wilmington, DE 19850 |
| 7226384 | | EDI: JPMORGANCHASE | Mar 22 2021 22:28:00 | Chase Freedom, P.O. Box 15298, Wilmington, DE 19850 |
| 7226385 | | EDI: JPMORGANCHASE | Mar 22 2021 22:28:00 | Chase Hyatt, P.O. Box 15298, Wilmington, DE 19850 |
| 7226386 | | EDI: JPMORGANCHASE | Mar 22 2021 22:28:00 | Chase Southwest, P.O. Box 15298, Wilmington, DE 19850 |
| 7250114 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 22 2021 20:01:34 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 7226401 | + | EDI: RMSC.COM | Mar 22 2021 22:28:00 | Paypal Credit, P.O. Box 105658, Atlanta, GA 30348-5658 |
| 7226402 | + | Email/Text: ecfbankruptcy@progleasing.com | Mar 22 2021 18:59:00 | Progressive Leasing, 256 West Data Drive, Draper, UT 84020-2315 |
| 7270650 | + | Email/Text: bncmail@w-legal.com | Mar 22 2021 18:59:00 | SYNCHRONY BANK, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 7226403 | + | Email/Text: DOSDOC_BANKRUPTCY@STATE.DE.US | Mar 22 2021 19:02:00 | Secretary of State, Division of Corporation, P.O. Box 898, Dover, DE 19903-0898 |
| 7226404 | + | Email/Text: rblanco@kringandchung.com | Mar 22 2021 18:59:00 | Selvas, Inc., c/o Kring and Chung, LLP, 38 Corporate Park, Irvine, CA 92606-5105 |

Case:18-11661-SDB  Doc#:262  Filed:03/24/21  Entered:03/25/21 00:46:50  Page:3 of 6

| District/off: 113J-1 | User: vwingfiel | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 22, 2021 | Form ID: 318 | Total Noticed: 61 |

| 7410322 | + | EDI: RMSC.COM | | |
|---|---|---|---|---|
| | | | Mar 22 2021 22:28:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 25

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 7525764 | | Barnwell County Economic Development Corporation |
| cr | * | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| cr | *+ | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 7245188 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 7262889 | *+ | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 7514944 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 7514988 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 7515356 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 1 Undeliverable, 7 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 24, 2021            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew A. Murdison | on behalf of Plaintiff Kim Baker amurdison@murdisonlaw.com |
| Charles W. Wills | on behalf of Creditor Richard Barnes charles@willslawfirmllc.com   WillsJR95808@notify.bestcase.com |
| Francesca Macchiaverna | on behalf of Creditor Selvas  Inc. fmacchiaverna@huntermaclean.com, btees@huntermaclean.com;aharris@huntermaclean.com |
| George Barry Cauthen | on behalf of Creditor Barnwell County Economic Development Corporation george.cauthen@nelsonmullins.com |
| Gregory M. Taube | on behalf of Creditor Barnwell County Economic Development Corporation greg.taube@nelsonmullins.com ayo.uboh@nelsonmullins.com;pat.stanley@nelsonmullins.com |
| James C. Overstreet, Jr. | on behalf of Defendant Lilo N. Benzicron jco@klosinski.com  4978@notices.nextchapterbk.com |
| James C. Overstreet, Jr. | on behalf of Debtor Lilo N. Benzicron jco@klosinski.com  4978@notices.nextchapterbk.com |

| | | |
|---|---|---|
| District/off: 113J-1 | User: vwingfiel | Page 4 of 4 |
| Date Rcvd: Mar 22, 2021 | Form ID: 318 | Total Noticed: 61 |

Jason Wendell Blanchard
    on behalf of Creditor Internal Revenue Service jason.blanchard@usdoj.gov  USAGAS.ECFBankruptcyAUG@usdoj.gov

Joseph E. Mitchell, III, Trustee
    mitchellje@bellsouth.net  jemitchell@ecf.axosfs.com;notices.jempc@gmail.com;jemiiipc@gmail.com

Matthew E. Mills
    on behalf of U. S. Trustee Office of the U. S. Trustee ustpregion21.sv.ecf@usdoj.gov

Office of the U. S. Trustee
    Ustpregion21.sv.ecf@usdoj.gov

TOTAL: 11

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Lilo N. Benzicron** | Social Security number or ITIN  xxx–xx–4194 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Southern District of Georgia**

Case number:   **18–11661–SDB**

## Order of Discharge                                                                                   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Lilo N. Benzicron
aka Lilo Beuzieron



Susan D. Barrett
United States Bankruptcy Judge
Federal Justice Center
600 James Brown Blvd
P.O. Box 1487
Augusta, GA 30903

Dated: 3/22/21

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for most taxes;

- ♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- ♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- ♦ some debts which the debtors did not properly list;

- ♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- ♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

**Because no party in interest filed a request for an order of dismissal pursuant to 11 U.S.C. § 521(i)(2), the Debtor(s) was not required to file any further document pursuant to §521(a)(1)(B) to avoid an automatic dismissal and this case is not and was not subject to automatic dismissal under §521(i)(1). This does not prevent any party in interest from requesting by motion that Debtor(s) supply further information described in § 521(a)(1)(B), and this does not prevent the United States Trustee or Chapter 7 Trustee from requesting by any authorized means, including but not limited to motion, that the Debtor supply further information.**