**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 18-11661 | SDB | Judge: | Susan D. Barrett | Trustee Name: | Joseph E. Mitchell, III, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Lilo N. Benzicron | | | | Date Filed (f) or Converted (c): | 07/07/2020 (c) |
| | | | | | 341(a) Meeting Date: | 08/05/2020 |
| For Period Ending: | 12/31/2022 | | | | Claims Bar Date: | 09/15/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  Ford F350 Diesel 2005 | 5,500.00 | 0.00 | | 0.00 | FA |
| 2.  Toyota Prius 2005 | 750.00 | 750.00 | | 0.00 | FA |
| 3.  Wells Cargo Trailer Utility 2006 | 2,500.00 | 2,500.00 | | 0.00 | FA |
| 4.  (2) 53' Great Dane Trailers | 6,000.00 | 6,000.00 | | 0.00 | FA |
| 5.  (2) 20' Great Dane Trailers | 3,000.00 | 3,000.00 | | 0.00 | FA |
| 6.  Boat Tail - Coupe (incomplete) 1932 | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 7.  Vintage Care Trailer - Enclosed 2005 | 4,500.00 | 4,500.00 | | 0.00 | FA |
| 8.  Fulto Trailer Utility | 800.00 | 800.00 | | 0.00 | FA |
| 9.  International Truck | 3,500.00 | 3,500.00 | | 0.00 | FA |
| 10. Volvo Diesel Tractor 2008 | 7,500.00 | 7,500.00 | | 0.00 | FA |
| 11. Hummer 2005 | 12,000.00 | 0.00 | | 0.00 | FA |
| 12. Formal Buffet Dining Room Set cabinet, Living Room sofa, (2) leather arm chairs, coffee table, wood kitchen table, king size bedroom suite, 2 nigh stands, miscellaneous furniture, leaf blower, wheel barrow, skill saw, drill | 3,000.00 | 0.00 | OA | 0.00 | FA |
| 13. Racing Trophies, Racing Posters | 50.00 | 0.00 | OA | 0.00 | FA |
| 14. Electric guitar, acoustic guitar, racing helmets | 200.00 | 0.00 | OA | 0.00 | FA |
| 15. H & K Pistol, 9mm | 300.00 | 0.00 | OA | 0.00 | FA |
| 16. Clothes in debtor possession | 500.00 | 0.00 | OA | 0.00 | FA |
| 17. Silver wrist band, silver necklace, gold wedding ring, gold ring with family crest, Festina Watch, Zenith Watch | 700.00 | 0.00 | OA | 0.00 | FA |
| 18. Cash | 300.00 | 0.00 | OA | 0.00 | FA |
| 19. Joint Checking Account with Wife - Chase Bank | 100.00 | 0.00 | OA | 0.00 | FA |
| 20. Checking Account Wells Fargo | 250.00 | 0.00 | OA | 0.00 | FA |
| 21. Savings account Wells Fargo | 150.00 | 0.00 | OA | 0.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: | 18-11661 | SDB | Judge: | Susan D. Barrett | Trustee Name: | Joseph E. Mitchell, III, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Lilo N. Benzicron | | | | Date Filed (f) or Converted (c): | 07/07/2020 (c) |
| | | | | | 341(a) Meeting Date: | 08/05/2020 |
| For Period Ending: | 12/31/2022 | | | | Claims Bar Date: | 09/15/2020 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 22. Tolluca Lake Classic Motorsports, LLC - has no assets, no liabilities | 0.00 | 0.00 | OA | 0.00 | FA |
| 23. Edisto Classic Motorsports, LLC - Has no assets, no liabilities, never used | 0.00 | 0.00 | OA | 0.00 | FA |
| 24. Beneficial interest in Benzicron Family Trust subject to spendthrift provisions | 1.00 | 1.00 | | 0.00 | FA |
| 25. Ballistic Panel Panel Patent, Brake Pad Patent, Fiber Processing Patent | 30,001.00 | 25,001.00 | | 0.00 | FA |
| 26. Computers, Printers, Furniture | 250.00 | 250.00 | | 0.00 | FA |
| 27. Miscellaneous tools, inventory, equipment in TNET Warehouse in Rigecrest, California, Hydraulic Lift | 191,500.00 | 182,300.00 | | 0.00 | FA |
| 28. Tolluca Lake Classic Motorsports, LLC - has no assets, no liabilities | 0.00 | 0.00 | OA | 0.00 | FA |
| 29. Edisto Classic Motorsports, LLC - Has no assets, no liabilities, never used | 0.00 | 0.00 | OA | 0.00 | FA |
| 30. Misc fixtures, furnishings, eqiuipment, vehicles, patent, Chapter 5 claims | Unknown | 125,000.00 | | 125,000.00 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $274,852.00 | $362,602.00 | | $125,000.00 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Case:18-11661-SDB   Doc#:281   Filed:01/31/23   Entered:01/31/23 22:28:34   Page:3 of 7

341 mtg concluded; asset case  - Joseph Mitchell 8/5/2020
Order approving sale entered  - Joseph Mitchell 8/25/2020
appl for Admin Expense pending  - Joseph Mitchell 9/14/2020
Admin Exp still pending - debt may be paid by refinance - Joseph Mitchell 12/29/2020
second appl for admin expense granted - Joseph Mitchell 3/11/2021
employ CPA  - Joseph Mitchell 6/30/2021
Motion To Pay Estate Taxes - Joseph Mitchell 8/25/2021
Hearing on Motion To Pay Estate Taxes  - Joseph Mitchell 10/14/2021
submitted tax returns and payments - Joseph Mitchell 12/31/2021
awaiting supplemental bill from IRS & GA  - Joseph Mitchell 3/31/2022
awaiting supplemental bill from IRS & GA - Joseph Mitchell 6/30/2022
review file status w/ CPA  - Joseph Mitchell 8/22/2022
review file for final IRS bill - Joseph Mitchell 12/05/2022

Initial Projected Date of Final Report (TFR): 12/30/2021    Current Projected Date of Final Report (TFR): 07/31/2023

Trustee Signature:    /s/ Joseph E. Mitchell, III, Trustee    Date: 01/31/2023

Joseph E. Mitchell, III, Trustee
Post Office Box 2504
Augusta, GA 30903
(706) 826-1808
mitchellje@bellsouth.net

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 18-11661 | Trustee Name: Joseph E. Mitchell, III, Trustee |
| Case Name: Lilo N. Benzicron | Bank Name: Axos Bank |
| | Account Number/CD#: XXXXXX0113 |
| | Checking |
| Taxpayer ID No: XX-XXX9430 | Blanket Bond (per case limit): $6,495,000.00 |
| For Period Ending: 12/31/2022 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/28/20 | 30 | Klara Benzicron<br>MEPE Living Trust<br>2926 Bransford Road<br>Augusta GA 30909-3004 | sale of equipment and compromise of claims | 1129-000 | $125,000.00 | | $125,000.00 |
| 03/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $124.66 | $124,875.34 |
| 04/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $137.88 | $124,737.46 |
| 04/02/21 | 2001 | Klosinski Overstreet, LLP<br>1229 Augusta West Parkway<br>Augusta GA 30909 | admin expense - ECF No. 258 per Order filed 03/18/21 | 6990-000 | | $36,939.46 | $87,798.00 |
| 05/03/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $109.60 | $87,688.40 |
| 06/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $96.83 | $87,591.57 |
| 07/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $93.59 | $87,497.98 |
| 08/02/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $96.61 | $87,401.37 |
| 09/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $96.50 | $87,304.87 |
| 10/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $93.28 | $87,211.59 |
| 10/27/21 | 2002 | Internal Revenue Service | Estate taxes due<br>Order 10/26/21 ECF No. 275 | 2810-000 | | $5,270.00 | $81,941.59 |
| 10/27/21 | 2003 | Georgia Department of Revenue | Estate taxes due<br>Order 10/26/21 ECF No. 275 | 2820-000 | | $3,109.00 | $78,832.59 |
| 11/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $96.29 | $78,736.30 |
| | | | Page Subtotals: | | $125,000.00 | $46,263.70 | |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| Case No: 18-11661 | | Trustee Name: Joseph E. Mitchell, III, Trustee |
| Case Name: Lilo N. Benzicron | | Bank Name: Axos Bank |
| | | Account Number/CD#: XXXXXX0113 |
| | | Checking |
| Taxpayer ID No: XX-XXX9430 | | Blanket Bond (per case limit): $6,495,000.00 |
| For Period Ending: 12/31/2022 | | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/17/21 | 2002 | Internal Revenue Service | Estate taxes due Reversal re-issue separate checks for each tax year instead of one combined check | 2810-000 | | ($5,270.00) | $84,006.30 |
| 11/17/21 | 2003 | Georgia Department of Revenue | Estate taxes due Reversal re-issue one check for each tax year instead of one combined check for total | 2820-000 | | ($3,109.00) | $87,115.30 |
| 11/17/21 | 2004 | Internal Revenue Service | Estate taxes due Order 10/26/21 ECF No. 275 | 2810-000 | | $868.00 | $86,247.30 |
| 11/17/21 | 2005 | Internal Revenue Service | Estate taxes due Order 10/26/21 ECF No. 275 | 2810-000 | | $4,402.00 | $81,845.30 |
| 11/17/21 | 2006 | Georgia Department of Revenue | Estate taxes due Order 10/26/21 ECF No. 275 | 2820-000 | | $696.00 | $81,149.30 |
| 11/17/21 | 2007 | Georgia Department of Revenue | Estate taxes due Order 10/26/21 ECF No. 275 | 2820-000 | | $2,413.00 | $78,736.30 |
| 12/01/21 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $93.08 | $78,643.22 |
| 01/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.83 | $78,556.39 |
| 02/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.74 | $78,469.65 |
| 03/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $78.25 | $78,391.40 |
| 04/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.55 | $78,304.85 |
| 05/02/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.67 | $78,221.18 |
| 06/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.37 | $78,134.81 |

Page Subtotals: $0.00   $601.49

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 18-11661 | Trustee Name: | Joseph E. Mitchell, III, Trustee |
| Case Name: Lilo N. Benzicron | Bank Name: | Axos Bank |
| | Account Number/CD#: | XXXXXX0113 |
| | | Checking |
| Taxpayer ID No: XX-XXX9430 | Blanket Bond (per case limit): | $6,495,000.00 |
| For Period Ending: 12/31/2022 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 07/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.49 | $78,051.32 |
| 08/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.18 | $77,965.14 |
| 09/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $86.08 | $77,879.06 |
| 10/03/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.21 | $77,795.85 |
| 11/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $85.90 | $77,709.95 |
| 12/01/22 | | Axos Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $83.03 | $77,626.92 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $125,000.00 | $47,373.08 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $125,000.00 | $47,373.08 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $125,000.00 | $47,373.08 |

Page Subtotals:  $0.00    $507.89

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0113 - Checking | $125,000.00 | $47,373.08 | $77,626.92 |
|  | $125,000.00 | $47,373.08 | $77,626.92 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $125,000.00 |
| Total Gross Receipts: | $125,000.00 |

Trustee Signature:   /s/ Joseph E. Mitchell, III, Trustee    Date: 01/31/2023

Joseph E. Mitchell, III, Trustee
Post Office Box 2504
Augusta, GA 30903
(706) 826-1808
mitchellje@bellsouth.net

Page Subtotals:    $0.00    $0.00