United States Bankruptcy Court

Southern District of Georgia

| | |
|---|---|
| In re: | Case No. 18-11661-SDB |
| Lilo N. Benzicron | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113J-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 09, 2023 | Form ID: pdf004 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Lilo N. Benzicron, 2926 Bransford Road, Augusta, GA 30909-3004 |
| acc | + Spence Shumway, P.O. Box 1290, Grayson, GA 30017-0025 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| Date: Nov 11, 2023 | Signature: | /s/Gustava Winters |

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew A. Murdison | on behalf of Plaintiff Kim Baker amurdison@murdisonlaw.com |
| Charles W. Wills | on behalf of Creditor Richard Barnes charles@willslawfirmllc.com WillsJR95808@notify.bestcase.com |
| Francesca Macchiaverna | on behalf of Creditor Selvas  Inc. fmacchiaverna@huntermaclean.com, pciolkosz@huntermaclean.com |
| George Barry Cauthen | on behalf of Creditor Barnwell County Economic Development Corporation george.cauthen@nelsonmullins.com |
| Gregory M. Taube | on behalf of Creditor Barnwell County Economic Development Corporation greg.taube@nelsonmullins.com sharon.reid@nelsonmullins.com;linnea.hann@nelsonmullins.com |

District/off: 113J-1     User: admin     Page 2 of 2
Date Rcvd: Nov 09, 2023     Form ID: pdf004     Total Noticed: 2

| | |
|---|---|
| James C. Overstreet, Jr. | on behalf of Debtor Lilo N. Benzicron jco@klosinski.com 4978@notices.nextchapterbk.com |
| James C. Overstreet, Jr. | on behalf of Defendant Lilo N. Benzicron jco@klosinski.com 4978@notices.nextchapterbk.com |
| Jason Wendell Blanchard | on behalf of Creditor Internal Revenue Service jason.blanchard@usdoj.gov USAGAS.ECFBankruptcyAUG@usdoj.gov |
| Joseph E. Mitchell, III | mitchellje@bellsouth.net jemitchell@ecf.axosfs.com;notices.jempc@gmail.com;jemiiipc@gmail.com |
| Matthew E. Mills | on behalf of U. S. Trustee Office of the U. S. Trustee ustpregion21.sv.ecf@usdoj.gov |
| Matthew E. Mills | on behalf of Accountant Spence Shumway ustpregion21.sv.ecf@usdoj.gov |
| Matthew E. Mills | on behalf of Trustee Joseph E. Mitchell III ustpregion21.sv.ecf@usdoj.gov |
| Office of the U. S. Trustee | Ustpregion21.sv.ecf@usdoj.gov |

TOTAL: 13

**IT IS ORDERED as set forth below:**



Date: November 9, 2023

_____Susan D. Barrett_____
United States Bankruptcy Judge
Southern District of Georgia

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## AUGUSTA DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) |
| | ) |
| Lilo N. Benzicron | ) CHAPTER 7 CASE NO.:  18-11661-SDB |
| | ) |
| DEBTOR | ) |

## ORDER

Following notice of the application filed by Joseph E. Mitchell, III, for permission to compensate Spence Shumway, CPA, for professional services rendered as accountant for the trustee, and the estate, and upon consideration of the services rendered in this proceeding in light of the standards set forth in In re Norman, 836 F. 2d. 1292 (11th Cir. 1988), and no timely objections having been filed, compensation is herewith awarded to Spence Shumway, CPA, in the sum of $5,979.50 and expenses awarded in the amount of $106.87.

The trustee is authorized to make payment of $5,979.50 for compensation and $106.87 in expenses, to Spence Shumway, CPA.

**IT IS SO ORDERED.**

END OF DOCUMENT

Prepared By:
s/Joseph E. Mitchell, III
JOSEPH E. MITCHELL, III, TRUSTEE (GA 513205)
Post Office Box 2504
Augusta, GA 30903
(706) 826-1808
mitchellje@bellsouth.net